Walter Timothy GAUSE, Petitioner-
Appellant,

v.

Frank L. PERRY, Respondent-
Appellee.

No. 17-6249

United States Court of Appeals,
Fourth Circuit.

Submitted: September 5, 2017

Decided: September 20, 2017

Walter Timothy Gause, Appellant Pro
Se. Jess D. Mekeel, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh,
North Carolina, for Appellee.

Before SHEDD and DUNCAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Walter Timothy Gause seeks to appeal
the district court's order denying relief on
his 28 U.S.C. § 2254 (2012) petition. The
order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel*, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller-El v. Cockrell*, 537 U.S.
322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack*, 529
U.S. at 484-85, 120 S.Ct. 1595.

We grant Gause's motion to amend his
informal brief and construe Gause's mo-
tions for review, for static of court, to
excuse procedural default, and for a certifi-
cate of appealability as supplemental mo-
tions to amend the informal brief, and we
grant leave to amend. We have indepen-
dently reviewed the record in light of the
claims Gause raises on appeal and con-
clude that he has not made the requisite
showing for a certificate of appealability.
Accordingly, we deny a certificate of ap-
pealability, deny leave to proceed in forma
pauperis, deny Gause's motions to appoint
counsel, to dismiss the indictment, for
postjudgment discovery, for static urgen-
cy, for summary disposition, and for relief,
and we dismiss the appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*DISMISSED*